NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CANDID CARE CO.,**
*Plaintiff-Appellant*

**v.**

**SMILEDIRECTCLUB, LLC,**
*Defendant-Appellee*

---

2024-1000, 2024-1004

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:20-cv-01764-CFC and 1:21-cv-01165-CFC, Chief Judge Colm F. Connolly.

---

## ON MOTION

---

## O R D E R

Candid Care Co. moves unopposed to voluntarily dismiss the above-captioned appeals with prejudice, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The court generally does not specify whether a dismissal of an appeal is with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

2                    CANDID CARE CO. v. SMILEDIRECTCLUB, LLC

(1)   The motion is granted to the extent that the appeals are dismissed.

(2)   Each side shall bear its own costs.

FOR THE COURT



November 7, 2024                    Jarrett B. Perlow
Date                               Clerk of Court

ISSUED AS A MANDATE: NOVEMBER 7, 2024